```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: ___7/9/2020___
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
RICARDO VELASQUEZ                                          :
                                                           :
                                      Plaintiff,           :
                                                           :        19-cv-11303 (VSB)
              -against-                                    :
                                                           :        **ORDER**
BX4 LLC, et al.,                                           :
                                                           :
                                      Defendant.           :
                                                           :
-----------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       It has been reported to the Court that this case has been settled.  Accordingly, it is hereby:

       ORDERED that the above-captioned action is discontinued without costs to any party

and without prejudice to restoring the action to this Court's docket if the application to restore

the action is made within thirty (30) days.

SO ORDERED.

Dated:  July 9, 2020
        New York, New York

                                              Vernon S. Broderick
                                              United States District Judge